UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ANA SALAZAR, MARILYN MERCADO, ANA
BERNARDEZ, JEANNETTE POOLE, EDNA
VILLATORO, LISA BRYANT and CHERRYLINE
STEVENS, on behalf of themselves and
all others similarly situated,

                Plaintiffs,

                                          14 Civ. 1230 (RWS)

   - against -

                                             O R D E R

ARNE DUNCAN, in his official capacity
as Secretary of the United States
Department of Education,

                Defendant.

------------------------------------X

**Sweet, D.J.**



       Plaintiffs' motion for class certification and Defendant's motion to dismiss previously scheduled for September 17, 2014 will both be adjourned to September 24, 2014.

       It is so ordered.

New York, NY
August 27, 2014

                                             ROBERT W. SWEET
                                                U.S.D.J.