



March 20, 2015

*Via ECF*

Hon. Robert Sweet
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18C
New York, New York 10007

    Re:    *Salazar v. Duncan*, 14-cv-01230 (RWS)

Dear Judge Sweet:

    The New York Legal Assistance Group (NYLAG) represents the Plaintiffs in the above-captioned case. Yisroel Schulman, one of the attorneys who appeared on behalf of Plaintiffs and NYLAG's former President and Attorney-in-Charge, is no longer employed at NYLAG. We thus respectfully request that his appearance be withdrawn. Plaintiffs will continue to be represented by a highly capable team of attorneys at NYLAG.

                                  Respectfully submitted,

                                  Jane Greengold Stevens

cc: All counsel of record (via ECF)

*So ordered*
*Sweet USDJ*
*3.23.15*

| 7 HANOVER SQUARE NEW YORK, NY 10004 | TEL: (212) 613 5000 | FAX: (212) 750 0820 | WWW.NYLAG.ORG |